DOCUMENT
ELECTRONICALLY FILED
DATE FILED: OCT 17 2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BYRON BREEZE, JR., *on behalf of himself and all similarly situated individually,*

Plaintiff,

-against-

ELYSEE MANAGEMENT, INC.,

Defendant.

ORDER

18 Civ. 8915 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
October 17, 2018

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge